08-3054-cv
Rolls v. Pennsylvania Hotel

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of September, two thousand ten.

PRESENT:
>
> GUIDO CALABRESI,
> ROBERT A. KATZMANN,
> DENNY CHIN,
> *Circuit Judges.*

───────────────────────────────────────

Anthony Rolls,

> *Plaintiff-Appellant,*

-v.-                                                                 08-3054-cv

Pennsylvania Hotel, Vornado Realty Trust, Billy Lye,

> *Defendants-Appellees.*

───────────────────────────────────────

FOR APPELLANT:           Anthony Rolls, *pro se*, Sonyea, N.Y.

FOR APPELLEES:           Ronald Kreismann, Frances M. Nicastro, Paul, Hastings, Janofsky
                         & Walker LLP, New York, N.Y.


Appeal from the United States District Court for the Southern District of New York (Berman, *J.*).

**UPON DUE CONSIDERATION**, it is hereby **ORDERED**, **ADJUDGED**, **AND DECREED** that the district court judgment is **AFFIRMED**.

Plaintiff-Appellant Anthony Rolls, *pro se*, appeals from the May 7, 2008 order of the United States District Court for the Southern District of New York (Berman, *J.*) granting Defendant-Appellee Pennsylvania Hotel's motion for summary judgment. We assume the parties' familiarity with the underlying facts and the procedural history of the case.

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Nat'l Counsel of La Raza v. Dep't of Justice*, 411 F.3d 350, 355 (2d Cir. 2005); *Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). In determining whether there are genuine issues of material fact, we are "required to resolve all ambiguities and draw all permissible factual inferences in favor of the party against whom summary judgment is sought." *Terry v. Ashcroft*, 336 F.3d 128, 137 (2d Cir. 2003) (internal quotations omitted).

After having reviewed Rolls's contentions on appeal and the record of proceedings below, we affirm for substantially the same reasons stated by the district court in its thorough opinion. We have considered all of Rolls's arguments and find them to be without merit.

Accordingly, the judgment of the district court is **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2